```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**LINDA HARPER,** *et al.***,**

       Plaintiffs,

   vs.                                                         Civil Action 2:11-CV-759
                                                              Judge Frost
                                                              Magistrate Judge King

**PILOT TRAVEL CENTERS, LLC.,**

       Defendant.

## ORDER

      This case has been reported settled.  A status conference will be held on July 20, 2012 should the case remain pending on that date.

                                                  *s/Norah McCann King*
                                                      Norah M$^c$Cann King
                                        United States Magistrate Judge

June 13, 2012